UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>            v.<br><br>MOHAMED A. KHALIF,<br><br>                      Defendant. | Case No. MJ10-549<br><br>**DETENTION ORDER** |

Offense charged:

    Felon in Possession of a Firearm.

Date of Detention Hearing:  December 29, 2010.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

           FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    Defendant was detained based on this stipulation to detention in light and the fact there is an outstanding warrant for his arrest.  The Court also ordered detention based on the information

DETENTION ORDER - 1

contained in the pretrial report. That information included past criminal history, failures to appear for court hearings, and problems complying with conditions of probation or supervision. The Court also received no information about defendant's ties to the community, his health or financial status.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 29th day of December, 2010.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2